FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ SD-NY _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☐

Does this case involve multidistrict litigation possibilities?   Yes☐   No☐
RELATED CASE, IF ANY:
Case Number: MDL 2724-TR   Judge: Rufe   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☒ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

4/18/17

ARBITRATION CERTIFICATION
(Check Appropriate Category)
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                            Attorney-at-Law         Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 4/18/17   Eric Sobieski, Deputy Clerk   _____
                ~~Attorney-at-Law~~            Attorney I.D.#

CIV. 609 (5/2012)

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION

17-1759

MDL No. 2724

(SEE ATTACHED SCHEDULE)

FILED

APR 18 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 5, 2016, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, 10 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 5, 2016, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 14, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION                                MDL No. 2724

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **NEW JERSEY** | | | |
| NJ | 1 | 16-09398 | NECA-IBEW WELFARE TRUST FUND v. TELIGENT, INC. et al |
| NJ | 1 | 16-09592 | CESAR CASTILLO, INC. v. TELIGENT, INC. et al |
| NJ | 1 | 17-00626 | FWK HOLDINGS, L.L.C. v. MYLAN INC. et al |
| NJ | 1 | 17-01113 | AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN v. MYLAN, INC. et al |
| NJ | 2 | 17-00629 | NECA-IBEW WELFARE TRUST FUND v. ACTAVIS HOLDCO U.S., INC. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 16-07229 | Sergeants Benevolent Association Health & Welfare Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16-07979 | United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16-07987 | Sergeants Benevolent Association Health & Welfare Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16-08374 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Fougera Pharmaceuticals Inc. et al |
| NYS | 1 | 16-08469 | A.F. of L. – A.G.C Building Trades Welfare Plan v. Akorn, Inc. et al |
| NYS | 1 | 16-08539 | International Union of Operating Engineers Local 30 Benefits Fund v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16-08911 | Sergeants Benevolent Association Health & Welfare Fund v. Taro Pharmaceuticals Industries, Ltd. et al |
| NYS | 1 | 16-09392 | UFCW Local 1500 Welfare Fund v. Akorn, Inc. et al |
| NYS | 1 | 16-09431 | UFCW Local 1500 Welfare Fund v. Actavis Holdco U.S., Inc. et al |
| NYS | 1 | 16-09530 | St. Paul Electrical Workers' Health Plan v. Fougera Pharmaceuticals, Inc. et al |
| NYS | 1 | 16-09659 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Teva Pharmaceuticals USA, Inc. et al |
| NYS | 1 | 16-09666 | |

| | | | |
|---|---|---|---|
| | | | 1199SEIU National Benefit Fund v. Lannett Company, Inc. et al |
| NYS | 1 | 16-09792 | UFCW Local 1500 Welfare Fund v. Actavis Holdco U.S., Inc. et al |
| NYS | 1 | 16-09890 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Lannett Company, Inc. et al |
| NYS | 1 | 17-00250 | Cesar Castillo, Inc. v. Actavis Holdco U.S., Inc. et al |
| NYS | 1 | 17-00643 | American Federation of State County and Municipal Employees District Council 37 Health & Security Plan v. Lannett Company, Inc. et al |
| NYS | 1 | 17-00936 | Philadelphia Federation of Teachers Health and Welfare Fund v. Fougera Pharmaceuticals Inc. et al |
| NYS | 1 | 17-00964 | Philadelphia Federation of Teachers Health and Welfare Fund v. Fougera Pharmaceuticals Inc. et al |
| NYS | 1 | 17-00980 | Sergeants Benevolent Association Health & Welfare Fund v. Actavis Elizabeth, LLC et al |
| NYS | 1 | 17-01039 | American Federation of State County and Municipal Employees District Council 37 Health & Security Plan v. Actavis Elizabeth, LLC et al |

PUERTO RICO

| | | | |
|---|---|---|---|
| PR | 3 | 17-01124 | Teamsters Local Union No. 727 Health & Welfare Fund v. Mylan, Inc. et al |
| PR | 3 | 17-01128 | NECA-IBEW Welfare Trust Fund v. Mylan, Inc., et al. |

CLOSED,ECF,MEMBER,RELATED

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:16-cv-08911-WHP**

17-1759

| | |
|---|---|
| Sergeants Benevolent Association Health & Welfare Fund v. Taro Pharmaceuticals Industries, Ltd. et al<br>Assigned to: Judge William H. Pauley, III<br>Lead case: 1:16-mc-07000-WHP<br>Member case: (View Member Case)<br>Related Cases: 1:16-cv-07229-WHP<br>                  1:16-cv-09899-WHP<br>                  1:16-cv-09659-WHP<br>                  1:16-cv-09792-WHP<br>Cause: 15:1 Antitrust Litigation (Monopolizing Trade) | Date Filed: 11/16/2016<br>Date Terminated: 04/17/2017<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

**Sergeants Benevolent Association Health & Welfare Fund**
*on behalf of itself and all others similarly situated*

represented by **Adam E Polk**
Girard Gibbs LLP
601 Calfornia Street 14th Floor
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846
Email: aep@girardgibbs.com
*ATTORNEY TO BE NOTICED*

**Christina H. C. Sharp**
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415)-981-4800
Fax: (415)-981-4846
Email: chc@girardgibbs.com
*ATTORNEY TO BE NOTICED*

**Daniel Charles Girard**
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415)-981-4800
Fax: (415)-981-4846
Email: dcg@girardgibbs.com
*ATTORNEY TO BE NOTICED*

**Peter George Safirstein**
Safirstein Metcalf LLP
1250 Broadway, 27th Floor
New York, NY 10001
(212) 201-2845
Fax: (212) 201-2858
Email: psafirstein@safirsteinmetcalf.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Taro Pharmaceuticals Industries, Ltd.**

**Defendant**
**Taro Pharmaceuticals USA, Inc.**

**Defendant**
**Sun Pharmaceutical Industries Ltd.**

**Defendant**
**Teva Pharmaceutical Industries Ltd.**

**Defendant**

**Teva Pharmaceuticals USA Inc.**             represented by **Anne Elizabeth Railton**
Goodwin Procter LLP
620 8th Avenue
New York, NY 10018
(212) 459-7434
Fax: (212) 355-3333
Email: arailton@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Christopher T. Holding**
Goodwin Procter, LLP (Boston)
100 Northern Avenue
Boston, MA 02210
(617)-570-1000
Fax: (617)-523-1231
Email: cholding@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2016 | 1 | COMPLAINT against Sun Pharmaceutical Industries Ltd., Taro Pharmaceuticals Industries, Ltd., Taro Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA Inc.. (Filing Fee $ 400.00, Receipt Number 0208-12993537)Document filed by Sergeants Benevolent Association Health & Welfare Fund.(Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 2 | CIVIL COVER SHEET filed. (Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 16-cv-7229 (WHP). Document filed by Sergeants Benevolent Association Health & Welfare Fund.(Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Sergeants Benevolent Association Health & Welfare Fund.(Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Sun Pharmaceutical Industries Ltd., re: 1 Complaint,. Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Taro Pharmaceuticals Industries, Ltd., re: 1 Complaint,. Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Taro Pharmaceuticals USA, Inc., re: 1 Complaint,. Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Teva Pharmaceutical Industries Ltd., re: 1 Complaint,. Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Safirstein, Peter) (Entered: 11/16/2016) |
| 11/16/2016 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Teva Pharmaceuticals USA Inc., re: 1 Complaint,. Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Safirstein, Peter) (Entered: 11/16/2016) |
| 11/17/2016 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Peter George Safirstein. The party information for the following party/parties has been modified: Sergeants Benevolent Association Health & Welfare Fund. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (pc) (Entered: 11/17/2016) |
| 11/17/2016 | | ***NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Peter George Safirstein. The following case opening statistical information was erroneously selected/entered: County code Albany. The following correction(s) have been made to your case entry: the County code has been modified to New York. (pc) (Entered: 11/17/2016) |
| 11/17/2016 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. (pc) (Entered: 11/17/2016) |
| 11/17/2016 | | Case Designated ECF. (pc) (Entered: 11/17/2016) |
| 11/17/2016 | | CASE REFERRED TO Judge William H. Pauley as possibly related to 16cv7229. (pc) (Entered: 11/17/2016) |
| 11/17/2016 | 10 | CERTIFICATE OF SERVICE of Summons and Complaint,. Taro Pharmaceuticals Industries, Ltd. served on 11/17/2016, answer due 12/8/2016; Taro Pharmaceuticals USA, Inc. served on 11/17/2016, answer due 12/8/2016. Service was made by email. Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Attachments: # 1 Service List) (Safirstein, Peter) (Entered: 11/17/2016) |
| 11/18/2016 | 11 | MOTION for Daniel C. Girard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-13007577. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sergeants Benevolent Association Health & Welfare Fund. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Girard, Daniel) (Entered: 11/18/2016) |
| 11/18/2016 | 12 | |

| | | |
|---|---|---|
| 12/22/2016 | | CONSOLIDATED MEMBER CASE: Create association to 1:16-mc-07000-WHP. (cla) (Entered: 01/11/2017) |
| 01/05/2017 | 37 | MASTER CASE ORDER No. 2: By letter dated January 3, 2017, Defendants Taro Pharmaceutical Industries, Ltd. and Taro Pharmaceuticals U.S.A., Inc. ("Taro") request an extension of time to produce documents as required in paragraph 22 of Master Case Order No. 1. Plaintiffs consent to the Taro's request. Accordingly, this Court grants the requested extension of time to January 12, 2017. (Signed by Judge William H. Pauley, III on 1/5/2017) ***As per chambers, filed in 16cv7229, 16cv7979, 16cv7987, 16cv8109, 16cv8374, 16cv8469, 16cv8539, 16cv8911, 16cv9392, 16cv9431, 16cv9530, 16cv9659, 16cv9792. (tn) (Entered: 01/09/2017) |
| 01/11/2017 | 38 | ORDER granting (19) Letter Motion for Extension of Time to Produce Expedited Discovery in case 1:16-mc-07229-WHP; granting (16) Letter Motion for Extension of Time to Produce Expedited Discovery in case 1:16-mc-07987-WHP; granting (14) Letter Motion for Extension of Time to Produce Expedited Discovery in case 1:16-mc-08911-WHP. Application granted. The Clerk of Court is directed to file this Order in all consolidated actions. (Signed by Judge William H. Pauley, III on 1/11/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al. (cla) (Entered: 01/11/2017) |
| 02/03/2017 | 39 | AMENDED MASTER CASE ORDER NO. 1: The Clerk of Court is directed to open a master case docket titled In re Topical Corticosteroid Antitrust Litigation, bearing docket number 16-mc-7000, and file a copy of this Order on the docket. Any filing fees associated with opening the master case docket are waived. No attorney may file any document on the master case docket without the prior permission of this Court. Every pleading hereafter filed in the Consolidated Clobetasol Action shall bear the following caption, as further set out in the order. Every pleading hereafter filed in the Consolidated Desonide Action shall bear the following caption, as further set out in the order. Every pleading hereafter filed in the Consolidated Flucinonide Action shall bear the following caption, as further set out in the order. Each subsequent filing by the parties in 16-mc-7000, 16-mc-7229, 16-mc-7987, or 16-mc-8911, shall indicate whether the filing should be docketed in all related cases or only in specified related cases. Counsel are reminded that filings are to be spread across all related actions only when necessary. Interim Lead Counsel for End Payer Plaintiffs: This Court appoints Girard Gibbs LLP as Interim Lead Counsel for Plaintiffs in In re Clobetasol Antitrust Litigation, 16-mc-7229, In re Desonide Antitrust Litigation, 16-mc-7987, and In re Fluocinonide Antitrust Litigation, 16-mc-8911. The Court limits its appointment of Girard Gibbs LLP as Interim Lead Counsel for End Payor Plaintiffs to a one-year term. Counsel may apply for renewal by December 22, 2017. This Court will also entertain any competing applications at that time. Plaintiffs' counsel is directed to file consolidated amended complaints in 16-mc-7229, 16-mc-7987, and 16-mc-8911, by February 10, 2017. Defendants' Liaison Counsel, Kirkland & Ellis LLP, is directed to interpose an answer or file a letter request for a pre-motion conference addressed to the pleadings in 16-mc-7229, 16-mc-7987, and 16-mc-8911, no later than March 3, 2017. Plaintiffs' Interim Lead Counsel is directed to file any responsive letter no later than March 10, 2017. Any party wishing to raise other issues with this Court may file a letter no later than March 10, 2017 in 16-mc-7229, 16-mc-7987, or 16-mc-8911. This Court will conduct a conference concerning any proposed motions to dismiss and any other issues raised by the parties on March 21, 2017 at 11:00 a.m. Plaintiff Sergeants Benevolent Association Health & Welfare Fund's application for limited discovery is granted. All other discovery applications for limited discovery are denied at this time. Defendant Taro Pharmaceuticals Industries, Ltd. is directed to make an initial limited document production consisting of the September 8, 2016 subpoenas from the Department of Justice, Antitrust Division to Taro Pharmaceuticals Industries, Ltd. and its employees, together with any written responses and related communications between the Department of Justice and Taro Pharmaceuticals Industries, Ltd. by January 5, 2017. The Clerk of Court is directed to file this Order in 16mc7000, 16mc7229, 16mc7987, 16mc8911 and all related actions. To facilitate the spreading of text by this Court and counsel, the Clerk of Court may treat all of the related actions as consolidated for all purposes and to avoid the need to file a document separately in each case. (As further set out in the order) (Signed by Judge William H. Pauley, III on 2/3/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al.(cla) (Entered: 02/03/2017) |
| 02/10/2017 | 40 | STIPULATED INTERIM PROTECTIVE ORDER CONCERNING PROTECTED INFORMATION FOR USE IN PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge William H. Pauley, III on 2/10/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al, as per Chambers. (mro) Modified on 2/13/2017 (mro). (Entered: 02/13/2017) |
| 02/15/2017 | 41 | MASTER CASE ORDER NO. 3: By motions dated February 10, 2017, the End Payor Plaintiffs and the Direct Purchaser Plaintiffs seek leave to file their consolidated amended complaints under seal. On February 13, 2017, this Court received redacted consolidated amended complaints, which Plaintiffs propose be filed publicly. Accordingly, counsel are directed to submit memoranda by February 22, 2017 explaining the reasons for any proposed redactions. (Signed by Judge William H. Pauley, III on 2/15/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al, as per chambers.(cla) (Entered: 02/15/2017) |
| 02/22/2017 | 42 | MASTER CASE ORDER No. 4: By letter dated February 10, 2017, Defendants request a pre-motion conference to discuss a motion to stay discovery in this action. Plaintiffs oppose the application by letter dated February 17, 2017. This Court finds that a pre-motion conference can be obviated by an accelerated briefing schedule on the proposed motion. Accordingly, Defendants may file their motion to stay discovery by February 28, 2017. Any opposition should be filed by March 7, 2017. Any reply should be filed by March 10, 2017. The parties are directed to appear for an oral argument on March 15, 2017 at 12:00 p.m. The time to respond to Plaintiffs' discovery requests is stayed pending the oral argument. (Motions due by 2/28/2017., Responses due by 3/7/2017, Replies due by 3/10/2017., Oral Argument set for 3/15/2017 at 12:00 PM before Judge William H. Pauley III.) (Signed by Judge William H. Pauley, III on 2/22/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al.(cla) (Entered: 02/22/2017) |
| 02/22/2017 | 43 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Taro 1. The U.S. Government is permitted to intervene in the above-captioned matters under Federal Rule of Civil Procedure 24 with respect to the Court's order in Master Case Order No. 1 that Taro produce subpoenas and related communications. 2. The time for Taro to produce the subpoenas and related communications under Master Case Order No. 1 is extended to March 31, 2017. So ordered. (Signed by Judge William H. Pauley, III on 2/22/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al. and entered in case no. 17cv964, as per Chambers request. (rjm). (Entered: 02/23/2017) |

| | | |
|---|---|---|
| 03/03/2017 | 44 | MASTER CASE ORDER NO. 5 denying as moot (31 in case 1:16-mc-07229-WHP) Motion to Seal Document; denying as moot (32 in case 1:16-mc-07229-WHP) Motion for Leave to File Consolidated Amended Complaint Under Seal; denying as moot (26 in case 1:16-mc-07987-WHP) Motion to Seal; denying as moot (27 in case 1:16-mc-07987-WHP) Motion for Leave to File Consolidated Amended Complaint Under Seal; denying as moot (25 in case 1:16-mc-08911-WHP) Motion to Seal Document; denying as moot (26 in case 1:16-mc-08911-WHP) Motion for Leave to File Consolidated Amended Complaint Under Seal. Accordingly, End Payor Plaintiffs and Direct Purchasers' motions for leave to file under seal are hereby denied as moot. (Signed by Judge William H. Pauley, III on 3/3/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al. (cla) Modified on 3/6/2017 (cla). (Entered: 03/03/2017) |
| 03/09/2017 | 45 | MEMO ENDORSEMENT on re: (49 in 1:16-mc-08911-WHP) Letter filed by Sergeants Benevolent Association Health & Welfare Fund, (57 in 1:16-mc-07987-WHP) Letter filed by Sergeants Benevolent Association Health & Welfare Fund, (63 in 1:16-mc-07229-WHP) Letter filed by Sergeants Benevolent Association Health & Welfare Fund. ENDORSEMENT: Application granted. The oral argument scheduled for March 15, 2017 is rescheduled to March 21, 2017 at 11:00 a.m. (Oral Argument set for 3/21/2017 at 11:00 AM before Judge William H. Pauley III.) (Signed by Judge William H. Pauley, III on 3/9/2017) Filed In Associated Cases: 1:16-mc-07000-WHP et al.(cla) (Entered: 03/09/2017) |
| 04/03/2017 | 46 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/21/2017 before Judge William H. Pauley, III. Court Reporter/Transcriber: Lisa Picciano Fellis, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/24/2017. Redacted Transcript Deadline set for 5/4/2017. Release of Transcript Restriction set for 7/3/2017.Filed In Associated Cases: 1:16-mc-07000-WHP et al.(McGuirk, Kelly) (Entered: 04/03/2017) |
| 04/03/2017 | 47 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/21/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:16-mc-07000-WHP et al.(McGuirk, Kelly) (Entered: 04/03/2017) |
| 04/17/2017 | 48 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Eastern District of Pennsylvania. (Signed by MDL Panel on 4/14/2017) (sjo) (Entered: 04/17/2017) |
| 04/17/2017 | | MDL TRANSFER OUT ELECTRONICALLY: to the United States District Court - Eastern District of Pennsylvania. (sjo) (Entered: 04/17/2017) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/18/2017 10:07:33 | | |
| PACER Login: | ud1652 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:16-cv-08911-WHP |
| Billable Pages: | 9 | Cost: | 0.90 |